[No. 64554-4-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE FONDUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04882-3, Helen Halpert, J., entered December 2, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 64731-8-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALLEN BINNS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02308-1, Anita L. Farris, J., entered December 9, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 64863-2-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL ILERNA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04895-5, Michael Hayden, J., entered February 1, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65268-1-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. C.A.H., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-8-01618-6, George N. Bowden, J., entered April 14, 2010. *Reversed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.